UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    MELISSA E AKINLAWON

        Debtor(s)

Case No. 19-16264-JPC

Chapter 13

### CHAPTER 13 STANDING TRUSTEE FRBP 2012 REPORT
### ACCOUNTING OF PRIOR ADMINISTRATION OF CASE

For the period between November 27, 2020 through September 30, 2021, Thomas H. Hooper, successor chapter 13 trustee, for the above-captioned case, submits the following accounting of the estate pursuant to 11 U.S.C. §1302(b) and pursuant to Federal Rules of Bankruptcy Procedure 2012(b)(2).

**Receipts:** (11/27/2020 - 9/30/2021)

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $4,570.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$4,570.00** |

**Expenses of Administration:** (11/27/2020 - 9/30/2021)

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $195.62 |
| Other | $0.00 |
| Secured Creditors | $4,374.38 |
| Priority Creditors | $0.00 |
| General Unsecured Creditors | $0.00 |
| **Total Disbursements & Expense of Administration:** | **$4,570.00** |

**Balance as of 9/30/2021 Transferred to Successor Trustee**      **$0.00**

Dated:  10/06/2021

/s/ Thomas H. Hooper  
Chapter 13 Successor Trustee  
55 East Monroe St., Suite 3850  
Chicago, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    MELISSA E AKINLAWON

        Debtor(s)

Case No. 19-16264-JPC

Chapter 13

## CERTIFICATE OF SERVICE

I hereby certify that on 10/06/2021, a copy of the foregoing Chapter 13 Trustee FRBP 2012 Report was served on the following registered ECF participants, electronically through the Court's ECF system at the email address registered with the Court:

Patrick S. Layng, United States Trustee

/s/ Thomas H. Hooper  
Thomas H. Hooper  
Chapter 13 Standing Trustee